UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re:  )
Business of the Court  )
)
)
)
)
)

**<u>ORDER</u>**

After due consideration and upon careful review of the record in this case, it is accordingly

**ORDERED** that the Clerk of the Court is to transfer this case according to the guidelines and directives previously established by the Court. The complete list of transferred cases may be found on the Court's website at www.moeb.uscourts.gov.

DATED:  January 13, 2023
St. Louis, Missouri

_/s/ Barry S. Schermer_
Barry S. Schermer
United States Bankruptcy Judge