**SO ORDERED**

April 12, 2023

*Brian C. Walsh*
Brian C. Walsh
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 23-40082-357 |
| | ) | |
| DOROTHY PERKINS, | ) | Chapter 7 |
| | ) | |
| | ) | **TRUSTEE'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTION AND / OR COMPLAINT OBJECTING TO DISCHARGE** |
| Debtor | ) | |
| | ) | Tracy A. Brown, #47074MO |
| | ) | Chapter 7 Trustee |
| | ) | 1034 S. Brentwood Blvd., Suite 725 |
| | ) | St. Louis, Mo 63117 |
| | ) | 314-644-0303  314-644-0333 (fax) |
| | ) | tab7@bktab.com |

**TRUSTEE'S MOTION FOR EXTENSION OF TIME TO FILE
OBJECTION AND / OR COMPLAINT OBJECTING TO DISCHARGE**

COMES NOW Tracy A. Brown, Chapter 7 Trustee herein ("Trustee Brown") pursuant to Rule 4004 of the Federal Rules of Bankruptcy Procedure and hereby files Trustee's Motion for Extension of Time to File Objection and / or Complaint Objecting to Discharge. In support of this Motion, Trustee Brown states as follows:

1. Tracy A. Brown is the duly appointed, qualified and acting Chapter 7 Trustee herein.

2. The Court has jurisdiction in regard to this matter pursuant to 28 U.S.C. §§151, 157 and 1334, and Local Rule 9.01(B) of the United States District Court for the Eastern District of Missouri.

3. Debtor Dorothy Perkins ("Debtor") filed a Petition for Relief under the provisions of Chapter 7 of Title 11 of the United States Code on January 10, 2023.

4. The Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines ("Notice") sets the deadline for filing a Complaint Objecting to Discharge of the Debtor as April 11, 2023.

5. Trustee has requested to be provided with documents with information on banking transaction dated 1/26/23 noted as Great-West Trust in the amount of $1,864.70 and is holding this case open until she receives the requested documents.

6.  Trustee requests that the discharge be extended until May 31, 2023.

WHEREFORE, Trustee Brown prays that this Court enter an Order Extending the Time for Filing a Complaint Objecting to Discharge up to and including May 31, 2023 for Chapter 7 Trustee and the Office of the United States Trustee and that the Court award such other and further relief as it deems just.

Respectfully submitted,

Tracy A. Brown, PC

By: /s/   Tracy A. Brown
Tracy A. Brown, #47074MO
Chapter 7 Trustee
1034 South Brentwood, Suite 725
St. Louis, MO 63117
(314) 644-0303
(314) 644-0333 fax
tab7@bktab.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on April 11, 2023 with the United States Bankruptcy Court, and has been served on the parties in in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, postage fully pre-paid, address to those parties listed below on April 11, 2023:

Dorothy J. Perkins
Debtor
1220 Park Ashwood Drive
St. Charles, MO 63304

/s/Debbie Gibson