Certificate Number: 13858-MOE-DE-037171469

Bankruptcy Case Number: 23-40082



13858-MOE-DE-037171469

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 9, 2023</u>, at <u>1:00</u> o'clock <u>PM CST</u>, <u>Dorothy J Perkins</u> completed a course on personal financial management given <u>by internet</u> by <u>MoneySharp Credit Counseling Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Missouri</u>.

Date: February 9, 2023

By: /s/Wendel Ruegsegger

Name: Wendel Ruegsegger

Title: Counselor