**SO ORDERED**

April 12, 2023

*Brian C. Walsh*

Brian C. Walsh
**UNITED STATES BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 23-40082-357 |
| | ) | |
| DOROTHY PERKINS, | ) | Chapter 7 |
| | ) | |
| | ) | **TRUSTEE'S MOTION FOR EXTENSION** |
| | ) | **OF TIME TO FILE OBJECTION AND / OR** |
| | ) | **COMPLAINT OBJECTING TO** |
| | ) | **DISCHARGE** |
| Debtor | ) | |
| | ) | Tracy A. Brown, #47074MO |
| | ) | Chapter 7 Trustee |
| | ) | 1034 S. Brentwood Blvd., Suite 725 |
| | ) | St. Louis, Mo 63117 |
| | ) | 314-644-0303  314-644-0333 (fax) |
| | ) | tab7@bktab.com |

## TRUSTEE'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTION AND / OR COMPLAINT OBJECTING TO DISCHARGE

COMES NOW Tracy A. Brown, Chapter 7 Trustee herein ("Trustee Brown") pursuant to Rule 4004 of the Federal Rules of Bankruptcy Procedure and hereby files Trustee's Motion for Extension of Time to File Objection and / or Complaint Objecting to Discharge. In support of this Motion, Trustee Brown states as follows:

1. Tracy A. Brown is the duly appointed, qualified and acting Chapter 7 Trustee herein.

2. The Court has jurisdiction in regard to this matter pursuant to 28 U.S.C. §§151, 157 and 1334, and Local Rule 9.01(B) of the United States District Court for the Eastern District of Missouri.

3. Debtor Dorothy Perkins ("Debtor") filed a Petition for Relief under the provisions of Chapter 7 of Title 11 of the United States Code on January 10, 2023.

4. The Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines ("Notice") sets the deadline for filing a Complaint Objecting to Discharge of the Debtor as April 11, 2023.

5. Trustee has requested to be provided with documents with information on banking transaction dated 1/26/23 noted as Great-West Trust in the amount of $1,864.70 and is holding this case open until she receives the requested documents.

  6.  Trustee requests that the discharge be extended until May 31, 2023.

WHEREFORE, Trustee Brown prays that this Court enter an Order Extending the Time for Filing a Complaint Objecting to Discharge up to and including May 31, 2023 for Chapter 7 Trustee and the Office of the United States Trustee and that the Court award such other and further relief as it deems just.

             Respectfully submitted,

             Tracy A. Brown, PC

    By: /s/  Tracy A. Brown
       Tracy A. Brown, #47074MO
       Chapter 7 Trustee
       1034 South Brentwood, Suite 725
       St. Louis, MO 63117
       (314) 644-0303
       (314) 644-0333 fax
       tab7@bktab.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on April 11, 2023 with the United States Bankruptcy Court, and has been served on the parties in in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, postage fully pre-paid, address to those parties listed below on April 11, 2023:

Dorothy J. Perkins
Debtor
1220 Park Ashwood Drive
St. Charles, MO 63304

             /s/Debbie Gibson

Z \14 TRUSTEE\01CASES\Perkins, Dorothy\Motion for Ext of Time to Obj (Firm Date) Rev 1 06 doc

United States Bankruptcy Court
Eastern District of Missouri

In re:                                                                   Case No. 23-40082-bcw
Dorothy J Perkins                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0865-4                          User: admin                                Page 1 of 1
Date Rcvd: Apr 12, 2023                   Form ID: pdfo1                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2023:**

**Recip ID**              **Recipient Name and Address**
db                 +   Dorothy J Perkins, 1220 Park Ashwood Dr, Saint Charles, MO 63304-8771

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2023                                Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Office of US Trustee | USTPRegion13.SL.ECF@USDOJ.gov |
| Tracy A. Brown | tab7@bktab.com<br>txmotb@sbcglobal.net;dgibson7@bktab.com;TABtrusteeatty@bktab.com;tbrown@ecf.axosfs.com;nevercheck999@gmail.com |
| William H. Ridings, Jr. | on behalf of Debtor Dorothy J Perkins ridingslaw2003@yahoo.com |

TOTAL: 3