**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

| | |
|---|---|
| **In re:** | **Case No.: 23–40082 – B357** |
| Dorothy J Perkins | **Chapter: 7** |
| **Debtor(s)** | |

### DISCHARGE OF DEBTOR(S)

It appearing that the debtor(s) is/are entitled to a discharge,

**IT IS ORDERED THAT:**

The debtor(s) is/are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

The holder of any claim for unpaid pre–petition child support is entitled to have the Trustee provide such creditor with notice of the creditor's right to use the services of the state child support enforcement agency and supply such creditor with the address and telephone number of the state child support enforcement agency and an explanation of the creditor's rights to payment in the bankruptcy case. Any creditor may request such notice and information by writing the Trustee. Such creditor is further entitled to have the Trustee provide the creditor with (i) notice of the granting of the discharge, (ii) any last known address of the debtor, (iii) the debtor's most recent employer, and (iv) information concerning other claims on which the debtor may be liable following the discharge. Failure to request such information from the Trustee shall be a waiver of the right to receive such notice from the Trustee.

**BY THE COURT**

*Brian C. Walsh*

**U. S. Bankruptcy Judge**

**Dated:** 6/1/23
**St. Louis, Missouri**
Rev. 12/17 3180

**SEE PAGE 2 OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtors. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtors' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. This discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes applicable only to cases filed after October 17, 2005;

c. Debts that are domestic support obligations applicable only to cases filed after October 17, 2005;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for most personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

g. Some debts which were not properly listed by the debtors in time to permit the creditor to file a proof of claim, if required, or file a timely request to determine dischargeability;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans applicable only to cases filed after October 17, 2005.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Eastern District of Missouri

In re:                                                                                    Case No. 23-40082-bcw

Dorothy J Perkins                                                                         Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0865-4                              User: admin                                    Page 1 of 3

Date Rcvd: Jun 02, 2023                           Form ID: 3180                                  Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dorothy J Perkins, 1220 Park Ashwood Dr, Saint Charles, MO 63304-8771 |
| 25312122 | + | Ardmore Fin, 1015 Locust, Saint Louis, MO 63101-1334 |
| 25312123 | + | Ashwood Apartments, 1360 Park Ashwood Dr, Saint Charles, MO 63304-7352 |
| 25312134 | + | Dr Ann Stewart, 4161 N Hwy 67, Florissant, MO 63034-2825 |
| 25312139 | + | Joseph Perkins Jr, 1220 Park Ashwood Dr, Saint Charles, MO 63304-8771 |
| 25312140 | + | Mercy, PO Box 505381, Saint Louis, MO 63150-5381 |
| 25312148 | + | Sun Loan Company, Attn: Bankruptcy Dept, 9855 Saint Charles Rock Road, St. Ann, MO 63074-2017 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QTABROWN.COM | Jun 03 2023 03:21:00 | Tracy A. Brown, Tracy A. Brown Chapter 7 Trustee, 1034 South Brentwood Blvd, Suite 725, St Louis, MO 63117-1271 |
| cr | + | EDI: AISACG.COM | Jun 03 2023 03:20:00 | Ally Financial, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 25312119 | | Email/Text: ebn@americollect.com | Jun 02 2023 23:20:00 | Americollect, Inc, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 25312118 | + | Email/Text: backoffice@affirm.com | Jun 02 2023 23:20:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 25312120 | + | Email/PDF: bncnotices@becket-lee.com | Jun 02 2023 23:35:37 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 25312124 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 02 2023 23:19:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 25312125 | + | EDI: CAPITALONE.COM | Jun 03 2023 03:20:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 25312126 | + | EDI: CAPITALONE.COM | Jun 03 2023 03:20:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 25312128 | + | EDI: WFNNB.COM | Jun 03 2023 03:20:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 25312129 | + | EDI: WFNNB.COM | Jun 03 2023 03:20:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 25312130 | + | EDI: WFNNB.COM | Jun 03 2023 03:20:00 | Comenity/Burlington, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 25312131 | + | EDI: WFNNB.COM | Jun 03 2023 03:20:00 | Comenity/Carter, Po Box 182120, Columbus, OH 43218-2120 |
| 25312132 | + | EDI: WFNNB.COM | Jun 03 2023 03:20:00 | Comenity/MPRC, Po Box 182120, Columbus, OH 43218-2120 |

| | | | | |
|---|---|---|---|---|
| 25312133 | + | EDI: WFNNB.COM | Jun 03 2023 03:20:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 25312136 | | Email/Text: michaela.gaddy@emoneyusa.com | Jun 02 2023 23:19:00 | eMoneyUSA, Attn: Bankruptcy, 8700 State Line Rd , Ste 350, Leawood, KS 66206 |
| 25312135 | + | Email/Text: EBN@edfinancial.com | Jun 02 2023 23:19:00 | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 25312137 | | Email/Text: collecadminbankruptcy@fnni.com | Jun 02 2023 23:20:00 | First National Bank, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 25312138 | + | EDI: PHINGENESIS | Jun 03 2023 03:21:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 25312141 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 02 2023 23:20:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 25312144 | ^ | MEBN | Jun 02 2023 23:17:29 | NCB Management Services, Attn: Bankruptcy, 1 Allied Drive, Feasterville-Trevose, PA 19053-6945 |
| 25312142 | + | Email/Text: bankruptcy@ncaks.com | Jun 02 2023 23:19:00 | National Credit Adjusters, LLC, 327 West 4th Avenue, Po Box 3023, Hutchinson, KS 67504-3023 |
| 25312145 | + | Email/Text: opportunitynotices@gmail.com | Jun 02 2023 23:20:00 | Opportunity Financial, LLC, 130 East Randolph Street, Suite 3400, Chicago, IL 60601-6379 |
| 25312343 | + | EDI: RECOVERYCORP.COM | Jun 03 2023 03:21:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 25312146 | + | Email/Text: bankruptcy@regionalmanagement.com | Jun 02 2023 23:19:00 | Regional Finance, 979 Batesville Rd, Greer, SC 29651-6819 |
| 25312147 | + | Email/Text: clientservices@sourcerm.com | Jun 02 2023 23:20:00 | Source Receivables Mgmt, Llc, Attn: Bankruptcy Dept, Po Box 4068, Greensboro, NC 27404-4068 |
| 25312149 | + | EDI: RMSC.COM | Jun 03 2023 03:20:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 25312150 | + | EDI: LCIUPSTART | Jun 03 2023 03:20:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 25312151 | + | EDI: WFFC2 | Jun 03 2023 03:20:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 25312152 | + | Email/Text: bk@worldacceptance.com | Jun 02 2023 23:20:15 | World Finance Company, Attn: Bankruptcy, Po Box 6429, Greenville, SC 29606-6429 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 25312121 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 25312127 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 25312143 | *+ | National Credit Adjusters, LLC, 327 West 4th Avenue, Po Box 3023, Hutchinson, KS 67504-3023 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2023                               Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2023 at the address(es) listed below:**

**Name**                            **Email Address**

Office of US Trustee

USTPRegion13.SL.ECF@USDOJ.gov

Tracy A. Brown

tab7@bktab.com
txmotb@sbcglobal.net;dgibson7@bktab.com;TABtrusteeatty@bktab.com;tbrown@ecf.axosfs.com;nevercheck999@gmail.com

William H. Ridings, Jr.

on behalf of Debtor Dorothy J Perkins ridingslaw2003@yahoo.com

TOTAL: 3